**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**ABF FREIGHT SYSTEMS, INC.**                                     **PLAINTIFF**

    **v.**                        **CASE NO. 2:14-CV-2012**

**MATTHEW EUGENE CASWELL**                                  **DEFENDANT**

    **v.**

**ARKANSAS DEMOCRAT GAZETTE**            **THIRD-PARTY DEFENDANT**

**O R D E R**

NOW on this 24th day of April, 2014, comes on for consideration the Plaintiff's

Stipulation of Dismissal with prejudice (Doc No. 21).

IT APPEARING to the court that the motion is well taken, it is ORDERED that the

motion is granted and the Plaintiff's case be, and it is hereby, dismissed with prejudice.

The Defendant's complaint against the Third Party Defendant remains pending.

The Clerk is directed to realign the parties in the case caption such that Matthew

Eugene Caswell is shown as the Plaintiff and Arkansas Democrat Gazette is shown as the

Defendant.

IT IS SO ORDERED.

                                /s/ Timothy L. Brooks
                                TIMOTHY L. BROOKS
                                UNITED STATES DISTRICT JUDGE